SA:SK
F. #2014R00521

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MUHAMMAD ABBAS,

Defendant.

- - - - - - - - - - - - -X

INDICTMENT

Cr. No. **CR 14-00188**
(T. 18, U.S.C., §§ 1546(a) and 3551 et seq.)

THE GRAND JURY CHARGES:

## VISA FRAUD

On or about March 18, 2014, within the Eastern District of New York and elsewhere, the defendant MUHAMMAD ABBAS did knowingly and intentionally utter, use, attempt to use and possess a nonimmigrant visa, knowing said document was procured by means of a false statement and by fraud and was unlawfully obtained.

(Title 18, United States Code, Section 1546(a) and 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

A TRUE BILL

_____
FOREPERSON

F. #2014R00521
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*MUHAMMAD ABBAS,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 1546(a) and 3551 et seq.)

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Saritha Komatireddy, Assistant U.S. Attorney (718) 254-6054*